IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICHARD WARREN,**

    *Plaintiff*,

v.   Case No.: 4:22cv7-MW/MJF

**KA WILLIAMS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. Plaintiff's case is due to be dismissed without prejudice for the reasons stated in the Report and Recommendation. His request for extension to send copies of his objections to Defendants, ECF No. 8 at 2, is **DENIED as moot** because his objections have been filed on the docket. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and

abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on March 11, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**

2